IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| QUAVION D. HOLLINS,<br><br>　　Plaintiff,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY<br>GROUP, LLC d/b/a HRRG, LLC,<br><br>　　Defendant. | § § § § § § § § § § § § § §　Case No. 6:21-cv-158-JDK |

## ORDER CLOSING CASE

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice (Docket No. 15). As per the notice, all claims in this case are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **11th** day of **August, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE